UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBBIE JAMES, LE'VAR JAMES, SHAYLOR JAMES | CIVIL ACTION |
| VERSUS | |
| JOSE BARRON MONTES, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, RED ROCK RISK RETENTION GROUP, INC. | NO.: 17-00070-BAJ-EWD |

## RULING AND ORDER

Before the Court is the **Unopposed Voluntary Motion to Remand (Doc. 4)** filed by Swift Transportation Company of Arizona, LLC, Red Rock Risk Retention Group, Inc., and Jose Barron Montes (collectively "Defendants"). In their motion, Defendants move to voluntarily remand the instant action to the Eighteenth Judicial District Court, Parish of Iberville, State of Louisiana, for lack of subject matter jurisdiction.

On June 30, 2017, the United States Magistrate Judge issued a Report and Recommendation (Doc. 5), pursuant to 28 U.S.C. § 636(b)(1), addressing Defendants' Motion to Remand. In the Report and Recommendation, the Magistrate Judge recommends that the motion be granted and that this matter be remanded to the state court from which it was removed. (*See* Doc. 7).

Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the

1

18th JDC - Certified

proposed findings of fact, conclusions of law, and recommendations therein. Debbie James, Le'Var James, and Shaylor James (collectively "Plaintiffs") filed no objections.

Having carefully considered the Petition, the Motion to Remand, and other relevant documents, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and hereby **ADOPTS** the findings of fact, conclusions of law, and recommendations therein.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's **Report and Recommendation (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Unopposed Voluntary Motion to Remand (Doc. 4)** filed by Swift Transportation Company of Arizona, LLC, Red Rock Risk Retention Group, Inc., and Jose Barron Montes is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Eighteenth Judicial District Court, Parish of Iberville, State of Louisiana.

Baton Rouge, Louisiana, this 20th day of July, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**